UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Richard Kosowski,

                                  Plaintiff (s),         **INITIAL CONFERENCE**

  against-

                                                                 CV-24-1669(AYS)

Nassau County et al                Defendant (s)

**SHIELDS, United States Magistrate Judge:**

**Conference date: July 9, 2024 at 10:30 AM. An IN-PERSON initial conference will be held** in **Courtroom 840**, Alfonse M. D'Amato U.S. Courthouse, Central Islip, New York.

The parties are directed to confirm the date and time of this conference with each other. In the event that an adjournment is requested, any such request must be made pursuant to this Court's Individual Rules regarding adjournments and must be electronically filed as a "Motion," and not as a letter.

The above-captioned matter has been assigned to United States Magistrate Judge Anne Y. Shields for the purposes of scheduling discovery, resolution of discovery disputes, settlement Conferences, and any other purpose set forth in 28 U.S.C. § 636(b)(1)(A). Counsel for each represented party and any party proceeding without an attorney (a "pro se" party) must appear for an initial conference at the date and time indicated above.

Prior to the conference, all counsel and/or prose parties are directed to meet and confer regarding the discovery needs of this case, including a discussion of the exchange of electronically stored information ("ESI") and to prepare their **INITIAL JOINT LETTER** To assist in this process, the Court attaches to this Order its Individual Rules, as well as the requirements for filing the Initial Joint Letter, that must be completed and submitted to the Court via ECF at least two business days prior to the initial conference. At the conference, the Court will consider the parties' Initial Joint Letter and, upon consideration of the rules and practices of the assigned District Judge, enter an appropriate scheduling order.

**SO ORDERED.**

Dated: Central Islip, New York
       March 8, 2024                                              /s/ Anne Y. Shields
                                                                Anne Y. Shields
                                                                United States Magistrate Judge