DOCKET NO: 24-cv-01669 (AYS)

# United States District Court
## EASTERN DISTRICT OF NEW YORK

**RICHARD KOSOWSKI,**

*Plaintiff*

—v—

**NASSAU COUNTY,**
**NASSAU COUNTY POLICE DEPARTMENT,**
**NASSAU COUNTY POLICE CHIEF**
**PATRICK J. RYDER,** in his official capacity only**,**
Nassau County Police Officer **MICHAEL MARZOCCA,** Nassau County Police Officer **CHRISTOPHER VARGA,** Nassau County Police Officer **PHILLIP CUIFFO,** Nassau County Police Officer **RYAN GALE,** Nassau County Police Officer **WALTER PALM** and Nassau County Police Officers **JOHN** and **JANE DOE ## 1-10**

*Defendants*

## CERTIFICATE OF DEFAULT

I, Brenna B. Mahoney, Clerk of the United States District Court, Eastern District of New York, do hereby certify that **Nassau County, Nassau County Police Department, Nassau County Police Chief Patrick J. Ryder,** in his official capacity only**,**  Nassau County Police Officer **Michael Marzocca,** Nassau County Police Officer **Christopher Varga,** Nassau County Police Officer **Phillip Cuiffo,** Nassau County Police Officer **Ryan Gale,** Nassau County Police Officer **Walter Palm** and Nassau County Police Officers **John** and **Jane Doe ## 1-10**

1

individually and in their official capacities has not filed an answer or otherwise moved in respect to the complaint herein.

The default of **Nassau County, Nassau County Police Department, Nassau County Police Chief Patrick J. Ryder,** in his official capacity only, Nassau County Police Officer **Michael Marzocca,** Nassau County Police Officer **Christopher Varga,** Nassau County Police Officer **Phillip Cuiffo,** Nassau County Police Officer **Ryan Gale,** Nassau County Police Officer **Walter Palm** and Nassau County Police Officers **John** and **Jane Doe ## 1-10** individually and in their official capacities is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DATED AT:   Central Islip, NY
            April 16, 2024

BRENNA B. MAHONEY

By  /s/ James J. Toritto
    DEPUTY CLERK