# YANNACONE & YANNACONE
*A New York Professional Corporation*

326 South Ocean Avenue · Patchogue, NY 11772

Victor J. Yannacone (1906–1982)
Victor John Yannacone, jr.

July 5, 2024
*via* ECF

Hon. Anne Y. Shields, USMJ
United States District Court
100 Federal Plaza
Central Islip, NY 11722

   *re* **2:24-cv-01669-NJC-AYS**   *Kosowski* v. *Nassau County, et al.*

Dear Judge Shields:

I am of counsel to Cory H. Morris, attorney/lead counsel for the Plaintiff Richard Kosowski and I am writing to request a disability accommodation to permit me to attend the conference scheduled for July 9, 2024 at 1045 hours.

I am suffering from the residuals of a cervical fracture (C-2) complicated by long-standing osteoarthritis and more recently severe and incapacitating rheumatoid arthritis. I am no longer able to travel and am essentially confined to my home office.

Because I am actively involved in this case, I would like to appear at the conference, and where appropriate, participate, with permission of the Court, by telephone conference or ZOOM.

Thank you very much for your consideration this application.

Respectfully submitted

s/ *Victor John Yannacone, jr.* /s

Victor John Yannacone, jr.

VJYjr:y

ec: Ralph J. Reissman, Esq.
RReissman@nassaucountyny.gov

516–551–0764          barrister@yannalaw.com