**BRUCE A, BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

July 5, 2024

Via ECF
Hon. Anne Y. Shields
United States District Court/100 Federal Plaza
Central Islip, New York 11722

re: **2:24-cv-01669-NJC-**AYS *Kosowski* v *County of Nassau, et al.*

Dear Magistrate Judge Shields:

This office represents defendants Nassau County, Nassau County Police Department, Nassau County Police Chief Patrick J. Ryder, Nassau County Police Officer Michael Marzocca, Nassau County Police Officer Christopher Varga, Nassau County Police Officer Ryan Gale and Nassau County Police Officer Walter Palm (collectively, the "County Defendants"). Together with plaintiff Richard Kosowski's attorney, Cory H. Morris, Esq., the parties respectfully jointly submit the following letter in advance of the initial in-person conference scheduled for July 9, 2024 at 10:30 a.m.

***Name of Case.*** Richard Kosowski, Plaintiff v. Nassau County, Nassau County Police Department, Nassau County Police Chief Patrick J. Ryder, Nassau County Police Officer Michael Marzocca, Nassau County Police Officer Christopher Varga, Nassau County Police Officer Ryan Gale and Nassau County Police Officer Walter Palm.

1. ***Basis for federal jurisdiction.*** Jurisdiction is asserted under 28 U.S.C. § 1331 as arising under the Constitution because the rights of Plaintiff Richard Kosowski guaranteed by the First Amendment have been violated by Defendants as state actors.

2. ***Statement confirming that all defendants have been served and answered.*** All defendants have been served and answered.

3. ***Counterclaims or Crossclaims.*** There are no counterclaims or crossclaims in this action.

4. ***Issue has been joined.*** A copy of the Marked Verified Complaint is attached hereto and submitted herewith.

5. ***Plaintiff's summary of pertinent facts.*** The plaintiff, Richard Kosowski, was arrested, handcuffed and his motor vehicle impounded at the Green Acres Mall on September 9, 2022. Mr. Kosowski was charged with two crimes obstruction of Governmental Administration and Disorderly Conduct, together with two traffic violations, obstructing the view through the front windshield because of a camera suction cup to the window, and having a digital device in his hand. All the charges were eventually dismissed by Nassau County Supreme Court Judge Goodsell in late April, 2023. On or about April 19, 2022, the Intelligence Section of the NC PD published, distributed, and circulated an "Intelligence Bulletin" concerning Richard Kosowski and featuring a "mug shot" of the plaintiff.

   Mr. Kosowski claims he was targeted for his First Amendment activities and his civil

rights were violated. He claims that the violation of his civil rights is part of a pattern and practice establishing within the Nassau County Police Department (NCPD) a “no recording” policy condoned and facilitated by Nassau County, in violation of New York State law and the First Amendment, thereby creating *Monell* liability.

Plaintiff seeks judgment restraining the defendants from continuing their “no recording” Policy and appointing a monitor to assure that the policy is terminated immediately all together with such other and further relief as the court deems appropriate and an award of reasonable attorney's fees.

**6.** ***HIPPA.*** Since plaintiff alleges that defendant police officers applied handcuffs which caused him physical injury, the County Defendants demand that plaintiff provide HIPAA forms for all alleged injuries to plaintiff’s arms, wrists, shoulders and back. Defendants' counsel will provide specific HIPPA forms which it wishes Plaintiff to execute on or before July 12, 2024 and Plaintiff will return executed forms on or before July 29, 2024.

*7.* ***Joint Statement describing in detail the paper discovery that can be exchanged**.*

**(A)** **PLAINTIFF** has already provided Defendants with all available paper discovery pursuant to Rule 26 on July 3, 2024..

**(B)** **DEFENDANTS** will provide the following paper discovery to plaintiff’s counsel on before July 12. 2024: (A) Complete set all documents in the possession of the Nassau County Police Department in connection with the allegations of the Complaint. (B) Complete set all documents in the possession of the Nassau County District Attorney’s Office in connection with the allegations of the Complaint. Defendants must also supply those documents in industry standard electronic format on an industry standard solid state drive. Plaintiff will reimburse Nassau County the cost of the drive.

**8.** ***Date for submission of a joint status letter***: September 30, 2024.

**9.** ***Date for submission of proposed date for next telephone conference***: October 25, 2024

Respectfully submitted,

CORY H. MORRIS, PC
*Attorney for Plaintiff*

By: */s/ Cory H. Morris, Esq.*
863 Islip Avenue – Suite 120
Central Islip, NY 11722
(631) 450-2515

THOMAS A. ADAMS,
Nassau County Attorney
*Attorney for Defendants*

By: */s/ Ralph J. Reissman*
Ralph J. Reissman,
Deputy County Attorney
1 West Street
Mineola, New York 11501
(516) 571-3046