| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
| BEFORE: ANNE Y. SHIELDS<br>U.S. MAGISTRATE JUDGE | DATE: 7/15/24<br>TIME: 11:00 AM<br>FTR:11:37-11:59 |

CASE:  **CV-24-1669 (NJC) (AYS)** Kosowski v. Nassau County et al

TYPE OF CONFERENCE: INITIAL

APPEARANCES:      Plaintiff: Cory Morris

　　　　　　　　　　Defendant: Ralph Reissman

**THE FOLLOWING RULINGS WERE MADE:**

Conference held.

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　/s/ Anne Y. Shields
　　　　　　　　　　　　　　　　　　　　　　　ANNE Y. SHIELDS