UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RICHARD KOSOWSKI,

                      Plaintiff,          24-CV-01669 (AYS)

    -against-

NASSAU COUNTY, NASSAU COUNTY
POLICE DEPARTMENT, NASSAU COUNTY     **TIER II DISCOVERY**
POLICE CHIEF PATRICK J. RYDER, in his     **AND MOTION PRACTICE**
official capacity only, NASSAU COUNTY
POLICE OFFICER MICHAEL MARZOCCA,
NASSAU COUNTY POLICE OFFICER
CHRISTOPHER VARGA, NASSAU COUNTY
POLICE OFFICER RYAN GALE, NASSAU
COUNTY POLICE OFFICER WALTER
PALM and Nassau County Police Officers
JOHN and JANE DOE ## 1-10,

                      Defendants.
-----------------------------------------------------------------------X

| | |
|---|---|
| Motion to join new parties or amend the pleadings: | February 15, 2025 |
| All fact discovery completed by: | February 28, 2025 |
| Expert discovery completed by: | March 25, 2025 |
| Final date to take first step in dispositive motion practice: | April 25, 2025 |
| Joint Proposed Pretrial Order to be submitted: | May 15, 2025 |

Dated: September 30, 2024

| | |
|---|---|
| The Law Offices of Cory H. Morris<br>Attorneys for Plaintiff | Thomas A. Adams<br>Nassau County Attorney<br>Attorney for Defendants |
| /s/ Cory H. Morris, JD MA |     /s/ Ralph J. Reissman<br>By: _____ |
| Cory H. Morris, Esq.<br>863 Islip Avenue<br>Central Islip NY 11722<br>(631) 450-2515 | RALPH J. REISSMAN<br>Deputy County Attorney<br>1 West Street<br>Mineola, New York 11501<br>(516) 571-3046 |