| BRUCE A, BLAKEMAN | | THOMAS A. ADAMS |
|---|---|---|
| County Executive |  | County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

December 16, 2024

<u>Via ECF</u>
Hon. Anne Y. Shields
United States District Court/100 Federal Plaza
Central Islip, New York 11722

<u>Re: Kosowski v County of Nassau (24-CV-01669 (AYS)</u>

Dear Magistrate Judge Shields:

This office represents defendants Nassau County, Nassau County Police Department, Nassau County Police Chief Patrick J. Ryder, Nassau County Police Officer Michael Marzocca, Nassau County Police Officer Christopher Varga, Nassau County Police Officer Ryan Gale and Nassau County Police Officer Walter Palm (collectively, the "County Defendants") in the above referenced action.

The purpose of this letter is to respectfully request an extension of time for the County Defendants to respond to the letter motion of plaintiff Richard Kosowski filed December 11, 2024 [DE 23]. This motion seeks an order from the Court striking the County Defendants' Answer based on a discovery dispute. The County Defendants respectfully request an extension of time to December 27. 2024 to respond to the motion.

The reason for this request is that within the past three weeks, the General Litigation Bureau of this office, to which I belong, has lost four Deputy County Attorneys for a variety of reasons. My Bureau now has only five remaining Deputy County Attorneys admitted to practice in the federal courts. Since Nassau County's current population is 1.382 million residents, the federal caseload of the five remaining Deputy County Attorneys has increased significantly, causing the need for extensions of time such as this. I therefore respectfully request an extension of time to December 27. 2024 to respond to the motion. I advised plaintiff's counsel of this application, and he responded that "plaintiff takes no position" as to the County Defendants' motion for an extension of time.

As always, the Nassau County Attorney's Office thanks Your Honor for you attention and consideration.

Respectfully submitted.

/s/ Ralph J. Reissman
RALPH J. REISSMAN
Deputy County Attorney

cc: All counsel or record (Via ECF)

cc: All counsel of record (Via ECF)