In the United States District Court for the
Eastern District of New York

Richard Kosowski
*Plaintiff*

v.

County of Nassau *et. al*,
*Defendant*

Case No. 24-cv-1669

# **DECLARATION OF SEANPAUL REYES**

Pursuant to 28 U.S.C. § 1746, Plaintiff SeanPaul Reyes declares as follows:

1. My name is SeanPaul Reyes and I make this declaration in support Plaintiff's motions for sanctions in the above-captioned matter.

2. I am an adult resident of Suffolk County, New York.

3. I am an independent journalist and activist with over four years of experience reporting on government misconduct and corruption, with a particular focus on law enforcement accountability.

4. As the owner of Long Island Audit Inc., a media company with over 1.5 million subscribers and 30 million monthly viewers, I have dedicated my career to exposing abuses of power and ensuring the public's right to know.

5. I have also collaborated with law enforcement agencies across the country to provide training on First Amendment audits and de-escalation techniques, demonstrating my commitment to fostering understanding and accountability between law enforcement and the communities they serve.

6. Unfortunately, my interactions with the Nassau County Police Department have been among the most troubling I have ever experienced.

7. On August 30, 2024, I was unlawfully arrested by NCPD officers while peacefully recording in a public space as part of an investigation into allegations of corruption.

8. I was exercising my First Amendment rights, yet I was charged with trespassing. Despite the absence of any violence or threats of violence, a Nassau County judge issued stay-away orders of protection, barring me from contacting the officers involved or the government official with whom they conspired.

9. On September 26, 2024, I was targeted again in a terrifying incident. As I returned home, a man in a 1995 Honda Civic forced me off the road. Fearing for my safety, I pulled into my driveway and ran inside my home. The man chased me but did not enter.

10. Security camera footage captured two individuals in ski masks and hoodies outside my home. I later discovered that these individuals were undercover NCPD officers who had crossed county lines without notifying local law enforcement to arrest me on a baseless warrant.

11. The unmarked vehicle they used had no lights, sirens, or visible badges, and their actions were nothing short of intimidation.

12. Additionally, NCPD unlawfully pulled over members of my family while searching for me. Both criminal cases against me were ultimately dismissed for facial insufficiency, yet the damage to my family and me had already been done.

13. My wife, a Venezuelan immigrant who fled political persecution after being unlawfully arrested and imprisoned for protesting her government, was deeply traumatized by the masked officers outside our home.

14. My children were terrified, and I now live in constant vigilance, fearing further retaliation whenever I enter Nassau County.

15. Despite these challenges, I have continued my investigation into NCPD corruption. I have submitted multiple Freedom of Information Law (FOIL) requests, all of which have been ignored in violation of state law.

16. When I visited the Traffic Violations Bureau to investigate further allegations of corruption, I was unlawfully arrested for the third time.

17. In response, I organized a peaceful one-man protest, during which Defendant Police Commissioner Patrick Ryder dispatched 12 NCPD officers to confront me.

18. I was illegally searched, and I have since learned that Commissioner Ryder has issued a BOLO (Be On the Lookout) order for me, despite knowing full well that I am a peaceful journalist.

19. The repeated and egregious actions of the Nassau County Police Department, under the leadership of Commissioner Patrick Ryder, have had a profound impact on my life and the lives of my family. These actions are not only unlawful but also retaliatory and tyrannical, designed to intimidate and silence me.

20. I remain committed to my work as a journalist and advocate for transparency and accountability, and I will continue to expose corruption wherever it exists.

21. I submit this declaration to bring these matters to the court's attention and to underscore the urgent need for accountability within the Nassau County Police Department. The retaliatory behavior, unlawful arrests, and intimidation tactics must end. I urge the court to take action to ensure that no one else suffers the same injustices at the hands of those sworn to protect and serve.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2025 in Suffolk County NY.

_SeanPaul Reyes_
SeanPaul Reyes