
# COUNTY OF NASSAU
# OFFICE OF THE COUNTY ATTORNEY

June 2, 2025

Honorable Nusrat J. Choudry | United States District Judge
United States District Court for the Eastern District of New York
100 Federal Plaza, Central Islip, New York 11722

    Re:    *Richard Kosowski v. Nassau County, et al.,*
            Civil Case No.: 2:24-cv-01669-NJC-AYS
            Opposition to Motion to hold Defendants in contempt

Your Honor:

       The Office of the Nassau County Attorney represents defendants Nassau County, Nassau County Police Department, Nassau County Police Chief Patrick J. Ryder, Nassau County Police Officer Michael Marzocca, Nassau County Police Officer Christopher Varga, Nassau County Police Officer Ryan Gale, Nassau County Police Officer Phillip Cuiffo, and Nassau County Police Officer Walter Palm. I respectfully request that Plaintiff's Motion to hold Defendants in contempt be denied. The delay in responding to discovery is attributable to the departure of the previous handling attorney, Ralph Reissman, from the Nassau County Attorney's Office. His case files are currently undergoing reassignment to ensure a thorough review and prompt remediation of any deficiencies. We understand the importance of timely compliance with discovery obligations and sincerely appreciate the Court's patience as we work to bring this matter back on track. Given these circumstances, we respectfully request that plaintiff's motion be denied, sanctions not be imposed, and that a contempt hearing not be scheduled.

       Respectfully,

_____
Nicholas Zotto, Esq.
Deputy County Attorney
*Attorney for Nassau County*
Office of the Nassau County Attorney
1 West Street, Mineola, New York 11501
Nzotto@nassaucountyny.gov
516-571-3012