UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | |
|---|---|
| RICHARD KOSOWSKI,<br><br>Plaintiff,<br><br>-against-<br><br>NASSAU COUNTY, NASSAU COUNTY POLICE DEPARTMENT, NASSAU COUNTY POLICE CHIEF PATRICK J. RYDER, in his official capacity only, NASSAU COUNTY POLICE OFFICER MICHAEL MARZOCCA, NASSAU COUNTY POLICE OFFICER CHRISTOPHER VARGA, NASSAU COUNTY POLICE OFFICER PHILLIP CIUFFO, NASSAU COUNTY POLICE OFFICER RYAN GALE, NASSAU COUNTY POLICE OFFICER WALTER PALM, JOHN AND JANE DOE # 1-10<br><br>Defendants. | Civil Action No. 22-CV-01669 (NJC)(AYS)<br><br>**DECLARATION OF CHRISTOPHER V. TODD** |

--------------------------------------------------------------X

Christopher V. Todd, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am the Deputy Bureau Chief of the Nassau County Police Department (NCPD), Legal Bureau.

2. The facts set forth herein are based on my personal knowledge, except for those statements made on information and belief, and as to those statements, I believe them to be true.

3. I submit this Declaration in accordance with the Order of the Court dated November 3, 2025 [DE 44], ordering Defendants to produce an affidavit describing the contents of the records produced by the Nassau County Office of the County Attorney (NCOCA) to Plaintiff on October 8, 2025.

4. I reviewed the records produced by the NCOCA to Plaintiff on October 8, 2025, and such records include:

(a) Eight (8) Nassau County Police Department (NCPD) Intelligence Bulletins responsive to the order dated November 18, 2024, wherein the Court directed Defendants to provide Plaintiff with responsive Intelligence Bulletins from September 1, 2019 to September 30, 2022, a time period of three (3) years from Plaintiff's arrest on September 9, 2022, "which relate to interactions between Nassau County Police Department officers performing their duties and members of the public recording those officers performing those activities." [DE 19] Status Report filed by Plaintiff, p. 2. These bulletins were initially provided by the NCPD to Ralph Reissman, counsel for Defendants at the time, on November 27, 2024. Included in this production was Intelligence Bulletin INT 22-40 associated with Plaintiff.

(b) One (1) audio recording of radio transmissions associated with Plaintiff's arrest on September 9, 2022, and one (1) PDF containing details of the radio transmissions.

(c) One thousand one hundred seventy-six (1176) audio recordings of radio transmissions associated with Plaintiff's arrest on September 9, 2022

(d) Twenty-four (24) body-worn camera (BWC) video recordings associated with Plaintiff's arrest on September 9, 2022, and three (3) still photographs taken of certain BWC video recordings.

(e) Ten (10) pages of the concise officer histories

(f) Eighteen (18) pages of records associated with NCPD Disciplinary Case No. 8632.

(g) Case Report 2022CR384803

(h) Arrest Report 2022AR510064

(i) Crime Report associated with 2022CR384803 and 2022AR510064

(j) Computer Aided Dispatch (CAD) Record 220596534

(k) NCPD Training Bulletin 21-001 entitled "Right to Record Law Enforcement Related Activities"

(l) NCPD Department Notification 23-098 entitled "Right to Record Government Officials"

(m) NCPD Department Notification 20-152 entitled "Right to Record Law Enforcement Related Activity"

(n) Appearance Ticket 2022AT002282

(o) PDCN 248 – Defendant Condition Log, associated with Plaintiff's arrest on September 9, 2022

(p) PDCN 94 – Motor Vehicle Impound Record, associated with Plaintiff's arrest on September 9, 2022

(q) PDCN 94A – Motor Vehicle Impound Worksheet/Invoice associated with Plaintiff's arrest on September 9, 2022

(r) NCPD Fifth Precinct Arrest Log from September 9, 2022

(s) Two (2) arrest photographs of Plaintiff associated with his arrest on September 9, 2022

(t) PDCN 79 – Physical Condition of Defendant Questionnaire, associated with Plaintiff's arrest on September 9, 2022

(u) Memo book entries of NCPD members associated with Plaintiff's arrest on September 9, 2022

(v) Eighteen (18) BWC Metadata Exports associated with Plaintiff's arrest on September 9, 2022

(w) BWC Arrest Tracking Spreadsheet associated with 2022CR384803 and 2022AR510064

(x) Nineteen (19) BWC global position system (GPS) maps associated with Plaintiff's arrest on September 9, 2022

5. The records produced to Plaintiff by the NCOCA on October 8, 2025, constitute the entirety of the records in the NCPD's possession located as a result of a search for records associated with Plaintiff's arrest on September 9, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Mineola, New York
November 5, 2025

CHRISTOPHER V. TODD