UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RICHARD KOSOWSKI

                                        Docket No. 24-cv-01669-AYS

                Plaintiff,

                                      **ANSWER TO AMENDED COMPLAINT**

- against -

NASSAU COUNTY, NASSAU COUNTY POLICE
DEPARTMENT, NASSAU COUNTY POLICE CHIEF
PATRICK J. RYDER, in his official capacity only,
NASSAU COUNTY POLICE OFFICERS MICHAEL
MARZOCCA, CHRISTOPHER VARGA, PHILLIP
CUIFFO, RYAN GALE, WALTER PALN and JOHN
and JANE DOE ##1-10,

                Defendants.
------------------------------------------------------------------x

      The defendants, Nassau County, Nassau County Police Chief Patrick J. Ryder, in his official capacity only, Officer Michael Marzocca, Officer Christopher Varga, Officer Phillip Cuiffo, Officer Ryan Gale and Officer Walter Palm (hereinafter collectively referred to as "County Defendants"), appearing herein by their attorney, THOMAS A. ADAMS, County Attorney of Nassau County, NICHOLAS C. ZOTTO, Deputy County Attorney, for their answer to the complaint herein, sets forth upon information and belief, as follows:

**RESPONSE TO "PRELIMINARY STATEMENT"**

1. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "1" of the complaint and respectfully refer all questions of law to the Court.

2. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "2" of the complaint.

3. Deny the allegations asserted in paragraph numbered "3" of the complaint and respectfully refer all questions of law to the Court.

4. Deny the allegations asserted in paragraph numbered "4" of the complaint and respectfully refer all questions of law to the Court.

5. Deny the allegations asserted in paragraph numbered "5" of the complaint and respectfully refer all questions of law to the Court.

6. Denies that plaintiff is entitled to the relief sought in paragraph numbered "6" of the complaint.

7. Deny the allegations asserted in paragraph numbered "7" of the complaint and respectfully refer all questions of law to the Court.

8. Deny the allegations asserted in paragraph numbered "8" of the complaint and respectfully refer all questions of law to the Court.

9. Deny the allegations asserted in paragraph numbered "9" of the complaint and respectfully refer all questions of law to the Court.

10. Deny the allegations asserted in paragraph numbered "10" of the complaint and respectfully refer all questions of law to the Court.

**RESPONSE TO "JURISDICTION"**

11. Deny the allegations contained in paragraph "11" of the Complaint and respectfully refer questions of law to the Court.

**RESPONSE TO "VENUE"**

12. Deny the allegations contained in paragraph "12" of the Complaint and respectfully refer questions of law to the Court.

## RESPONSE TO "PARTIES"

13. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "13" of the complaint and respectfully refer all questions of law to the Court.

14. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "14" of the complaint.

15. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "15" of the complaint.

16. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "16" of the complaint.

17. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "17" of the complaint and respectfully refer all questions of law to the Court.

18. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "18" of the complaint.

19. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "19" of the complaint and respectfully refer all questions of law to the Court.

20. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "20" of the complaint.

21. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "21" of the complaint.

22. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "22" of the complaint.

23. Deny the allegations asserted in paragraph numbered "23" of the complaint and respectfully refer all questions of law to the Court.

24. Deny allegations contained in paragraph numbered "24" of the complaint but aver that Nassau County is a municipal entity created and organized under the laws of the State of New York.

25. Deny allegations contained in paragraph numbered "25" of the complaint but aver that the Nassau County Police Department is a department of the County of Nassau.

26. Deny the allegations contained in paragraph "26" of the Complaint and respectfully refer questions of law to the Court.

27. Deny allegations contained in paragraph numbered "27" of the complaint but aver that Patrick J. Ryder is the Commissioner for the Nassau County Police Department.

28. Deny allegations contained in paragraph numbered "28" of the complaint but aver that Michael Marzocca, Christopher Varga, Phillip Cuiffo, Ryan Gale, and Walter Palm are all Police Officers of the Nassau County Police Department.

**RESPONSE TO "THE UNLAWFUL ARREST"**

29. Deny the allegations asserted in paragraph numbered "29" of the complaint and respectfully refer all questions of law to the Court.

30. Deny the allegations contained in paragraph "30" of the Complaint and respectfully refer questions of law to the Court.

31. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "31" of the complaint and respectfully refer all questions of law to the Court.

32. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "32" of the complaint.

33. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "33" of the complaint.

34. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "34" of the complaint.

35. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "35" of the complaint.

36. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "36" of the complaint.

37. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "37" of the complaint.

38. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "38" of the complaint.

39. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "39" of the complaint.

40. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "40" of the complaint.

41. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "41" of the complaint.

42. Deny the allegations asserted in paragraph numbered "42" of the complaint and respectfully refer all questions of law to the Court.

43. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "43" of the complaint.

44. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "44" of the complaint.

45. Deny the allegations asserted in paragraph numbered "45" of the complaint and respectfully refer all questions of law to the Court.

46. Deny the allegations contained in paragraph "46" of the Complaint and respectfully refer questions of law to the Court.

47. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "47" of the complaint.

48. Deny the allegations contained in paragraph "48" of the Complaint and respectfully refer questions of law to the Court.

49. Deny the allegations asserted in paragraph numbered "49" of the complaint and respectfully refer all questions of law to the Court.

50. Deny the allegations asserted in paragraph numbered "50" of the complaint and respectfully refer all questions of law to the Court.

51. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "51" of the complaint.

52. Deny the allegations asserted in paragraph numbered "52" of the complaint and respectfully refer all questions of law to the Court.

53. Deny the allegations asserted in paragraph numbered "53" of the complaint and respectfully refer all questions of law to the Court.

54. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "54" of the complaint.

55. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "55" of the complaint.

56. Deny the allegations asserted in paragraph numbered "56" of the complaint and respectfully refer all questions of law to the Court.

57. Deny the allegations asserted in paragraph numbered "57" of the complaint and respectfully refer all questions of law to the Court.

58. Deny the allegations asserted in paragraph numbered "58" of the complaint and respectfully refer all questions of law to the Court.

59. Deny the allegations asserted in paragraph numbered "59" of the complaint and respectfully refer all questions of law to the Court.

60. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "60" of the complaint.

61. Deny the allegations asserted in paragraph numbered "61" of the complaint and respectfully refer all questions of law to the Court.

62. Deny the allegations asserted in paragraph numbered "62" of the complaint and respectfully refer all questions of law to the Court.

63. Deny the allegations asserted in paragraph numbered "63" of the complaint and respectfully refer all questions of law to the Court.

64. Deny the allegations asserted in paragraph numbered "64" of the complaint and respectfully refer all questions of law to the Court.

65. Deny the allegations asserted in paragraph numbered "65" of the complaint and respectfully refer all questions of law to the Court.

66. Deny the allegations asserted in paragraph numbered "66" of the complaint and respectfully refer all questions of law to the Court.

67. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "67" of the complaint.

68. Deny the allegations asserted in paragraph numbered "68" of the complaint and respectfully refer all questions of law to the Court.

69. Deny the allegations asserted in paragraph numbered "69" of the complaint and respectfully refer all questions of law to the Court.

70. Deny the allegations asserted in paragraph numbered "70" of the complaint and respectfully refer all questions of law to the Court.

71. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "71" of the complaint.

72. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "72" of the complaint.

73. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "73" of the complaint.

74. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "74" of the complaint.

75. Deny the allegations asserted in paragraph numbered "75" of the complaint and respectfully refer all questions of law to the Court.

76. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "76" of the complaint and respectfully refer all questions of law to the Court.

77. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "77" of the complaint.

78. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "78" of the complaint.

79. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "79" of the complaint.

80. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "80" of the complaint.

81. Deny the allegations asserted in paragraph numbered "81" of the complaint and respectfully refer all questions of law to the Court.

82. Deny the allegations asserted in paragraph numbered "82" of the complaint and respectfully refer all questions of law to the Court.

83. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "83" of the complaint.

84. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "84" of the complaint and respectfully refer all questions of law to the Court.

85. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "85" of the complaint and respectfully refer all questions of law to the Court.

86. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "86" of the complaint and respectfully refer all questions of law to the Court.

87. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "87" of the complaint.

88. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "88" of the complaint.

89. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "89" of the complaint.

90. Deny the allegations asserted in paragraph numbered "90" of the complaint and respectfully refer all questions of law to the Court.

**RESPONSE TO "CLAIMS AGAINST DEFENDANTS"**

91. Deny the allegations asserted in paragraph numbered "91" of the complaint and respectfully refer all questions of law to the Court.

92. Deny the allegations asserted in paragraph numbered "92" of the complaint and respectfully refer all questions of law to the Court.

93. Deny the allegations asserted in paragraph numbered "93" of the complaint and respectfully refer all questions of law to the Court.

94. Deny the allegations asserted in paragraph numbered "94" of the complaint and respectfully refer all questions of law to the Court.

95. Deny the allegations asserted in paragraph numbered "95" of the complaint and respectfully refer all questions of law to the Court.

96. Deny the allegations asserted in paragraph numbered "96" of the complaint and respectfully refer all questions of law to the Court.

97. Deny the allegations asserted in paragraph numbered "97" of the complaint and respectfully refer all questions of law to the Court.

98. Deny the allegations asserted in paragraph numbered "98" of the complaint and respectfully refer all questions of law to the Court.

99. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "99" of the complaint and respectfully refer all questions of law to the Court.

100. Deny the allegations asserted in paragraph numbered "100" of the complaint and respectfully refer all questions of law to the Court.

101. Deny the allegations asserted in paragraph numbered "101" of the complaint and respectfully refer all questions of law to the Court.

102. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "102" of the complaint and respectfully refer all questions of law to the Court.

103. Deny the allegations asserted in paragraph numbered "103" of the complaint and respectfully refer all questions of law to the Court.

104. Deny the allegations asserted in paragraph numbered "104" of the complaint and respectfully refer all questions of law to the Court.

105. Deny the allegations asserted in paragraph numbered "105" of the complaint and respectfully refer all questions of law to the Court.

### RESPONSE TO "CAUSES OF ACTION"

106. Deny the allegations asserted in paragraph numbered "106" of the complaint and respectfully refer all questions of law to the Court.

107. Deny the allegations asserted in paragraph numbered "107" of the complaint and respectfully refer all questions of law to the Court.

108. Deny the allegations asserted in paragraph numbered "108" of the complaint and respectfully refer all questions of law to the Court.

109. Deny the allegations asserted in paragraph numbered "109" of the complaint and respectfully refer all questions of law to the Court.

### RESPONSE TO "MONELL CONSIDERATIONS"

110. Deny the allegations asserted in paragraph numbered "110" of the complaint and respectfully refer all questions of law to the Court.

111. Deny the allegations asserted in paragraph numbered "111" of the complaint and respectfully refer all questions of law to the Court.

112. Deny the allegations asserted in paragraph numbered "112" of the complaint and respectfully refer all questions of law to the Court.

### RESPONSE TO "FIRST CAUSE OF ACTION"

113. Deny the allegations asserted in paragraph numbered "113" of the complaint and respectfully refer all questions of law to the Court.

114. Deny the allegations contained in paragraph "114" of the Complaint and respectfully refer questions of law to the Court.

115. Deny the allegations contained in paragraph "115" of the Complaint and respectfully refer questions of law to the Court.

116. Deny the allegations asserted in paragraph numbered "116" of the complaint and respectfully refer all questions of law to the Court.

117. Deny the allegations asserted in paragraph numbered "117" of the complaint and respectfully refer all questions of law to the Court.

118. Deny the allegations asserted in paragraph numbered "118" of the complaint and respectfully refer all questions of law to the Court.

119. Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered "119" of the complaint and respectfully refer all questions of law to the Court.

120. Deny the allegations asserted in paragraph numbered "120" of the complaint and respectfully refer all questions of law to the Court.

121. Deny the allegations asserted in paragraph numbered "121" of the complaint and respectfully refer all questions of law to the Court.

122. Deny the allegations asserted in paragraph numbered "122" of the complaint and respectfully refer all questions of law to the Court.

**RESPONSE TO "THE 'NO RECORDING' POLICY"**

123. Deny the allegations asserted in paragraph numbered "123" of the complaint and respectfully refer all questions of law to the Court.

124. Deny the allegations contained in paragraph "124" of the Complaint and respectfully refer questions of law to the Court.

125. Deny the allegations asserted in paragraph numbered "125" of the complaint and respectfully refer all questions of law to the Court.

126. Deny the allegations asserted in paragraph numbered "126" of the complaint and respectfully refer all questions of law to the Court.

127. Deny the allegations asserted in paragraph numbered "127" of the complaint and respectfully refer all questions of law to the Court.

128. Deny the allegations asserted in paragraph numbered "128" of the complaint and respectfully refer all questions of law to the Court.

129. Deny the allegations asserted in paragraph numbered "129" of the complaint and respectfully refer all questions of law to the Court.

130. Deny the allegations asserted in paragraph numbered "130" of the complaint and respectfully refer all questions of law to the Court.

131. Deny the allegations contained in paragraph "131" of the Complaint and respectfully refer questions of law to the Court.

132. Deny the allegations asserted in paragraph numbered "132" of the complaint and respectfully refer all questions of law to the Court.

133. Deny the allegations asserted in paragraph numbered "133" of the complaint and respectfully refer all questions of law to the Court.

134. Deny the allegations asserted in paragraph numbered "134" of the complaint and respectfully refer all questions of law to the Court.

135. Deny the allegations contained in paragraph "135" of the complaint and respectfully refer questions of law to the Court.

136. Deny the allegations contained in paragraph "136" of the Complaint and respectfully refer questions of law to the Court.

137. Deny the allegations contained in paragraph "137" of the Complaint and respectfully refer questions of law to the Court.

138. Deny the allegations contained in paragraph "138" of the Complaint and respectfully refer questions of law to the Court.

139. Deny the allegations contained in paragraph "139" of the Complaint and respectfully refer questions of law to the Court.

140. Deny the allegations contained in paragraph "140" of the Complaint and respectfully refer questions of law to the Court.

141. Deny the allegations asserted in paragraph numbered "141" of the complaint and respectfully refer all questions of law to the Court.

142. Deny the allegations asserted in paragraph numbered "142" of the complaint and respectfully refer all questions of law to the Court.

**RESPONSE TO "SECOND CAUSE OF ACTION"**

143. Deny the allegations asserted in paragraph numbered "143" of the complaint and respectfully refer all questions of law to the Court.

144. Deny the allegations asserted in paragraph numbered "144" of the complaint and respectfully refer all questions of law to the Court.

**RESPONSE TO "INJURY"**

145. Deny the allegations asserted in paragraph numbered "145" of the complaint and respectfully refer all questions of law to the Court.

146. Deny the allegations asserted in paragraph numbered "146" of the complaint and respectfully refer all questions of law to the Court.

147. Deny the allegations asserted in paragraph numbered "147" of the complaint and respectfully refer all questions of law to the Court.

148. Deny the allegations asserted in paragraph numbered "148" of the complaint and respectfully refer all questions of law to the Court.

149. Deny the allegations asserted in paragraph numbered "149" of the complaint and respectfully refer all questions of law to the Court.

150. Deny the allegations asserted in paragraph numbered "150" of the complaint and respectfully refer all questions of law to the Court.

151. Deny the allegations asserted in paragraph numbered "151" of the complaint and respectfully refer all questions of law to the Court.

152. Deny the allegations asserted in paragraph numbered "152" of the complaint and respectfully refer all questions of law to the Court.

**RESPONSE TO "DAMAGES"**

153. Deny the allegations asserted in paragraph numbered "153" of the complaint and respectfully refer all questions of law to the Court.

**RESPONSE TO "PRAYER FOR RELIEF"**

154. Denies that plaintiff is entitled to the relief sought in paragraph titled "Prayer for Relief" of the complaint.

## AFFIRMATIVE DEFENSES

The Defendants assert the following affirmative and other defenses without conceding in any way that he bears the burden of proof as to such matters or that such matters are not elements that Plaintiff must establish in order to make out a prima facie case on its claims. The Defendants also give notice that they intend to rely on any other defenses that may become available or appear during the pre-trial proceedings based upon evidence obtained through discovery or otherwise and hereby reserve their right to amend this Answer and assert any such defenses.

**AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE**

With respect to any State law claims, Plaintiff has not complied with General Municipal Law §§ 50-e, 50-i, and/or 50-h.

**AS AND FOR A SECOND SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE**

With respect to any State law claims, Plaintiff has not complied with County Law § 52.

**AS AND FOR A THIRD SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief may be granted.

**AS AND FOR A FOURTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE**

At all times mentioned in the Complaint and herein mentioned, the Defendants acted in good faith and without malice.

**AS AND FOR A FIFTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE**

The actions complained of were in full accord with the applicable law.

**AS AND FOR A SIXTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE**

Plaintiff failed to exhaust all available state remedies and, therefore, he is not entitled to maintain the claims asserted in the Complaint.

## AS AND FOR A SEVENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust all available administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e and, therefore, he is not entitled to maintain the claims asserted in the Complaint.

## AS AND FOR AN EIGHTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

Plaintiff's constitutional and statutory rights were not violated by the Defendants.

## AS AND FOR A NINTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

The Defendants - at all applicable times herein - enjoyed full, partial, or qualified immunity from civil suit.

## AS AND FOR A TENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

The Plaintiff did not sustain an actual, cognizable injury.

## AS AND FOR AN ELEVENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

The alleged acts of conduct of the named defendant herein, under the case of *Monell v. New York City Department of Social Services*, does not create vicarious liability pursuant to the doctrine of repondeat superior and consequently, Nassau County cannot be liable for any acts or conduct of any individual defendant herein as a matter of law.

**WHEREFORE,** defendants demand judgment dismissing the complaint herein, together with the costs and disbursements of this action.

Dated: Mineola, New York
December 31, 2025

                                        Yours, etc.,

                                        THOMAS A. ADAMS
                                        County Attorney of Nassau County
                                        Attorney for County of Nassau

                                        By *Nicholas Zotto*
                                        Nicholas C. Zotto, of Counsel
                                        Deputy County Attorney
                                        One West Street
                                        Mineola, New York 11501
                                        (516) 571-3012