**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

January 2, 2026

**VIA NYSCEF**
Honorable Anne Y. Shields
United States District Judge
Eastern Distrct of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: Kosowski v. Nassau County, et al., Docket No. **2:24-cv-01669-NJC-AYS**

Dear Judge Shields,

    Please be advised that the following attorneys are no longer with the Litigation & Appeals Bureau of Office of the Nassau County Attorney:

    **John Carnevale**
    **Ralph J. Reissman**

    As such, we respectfully request that the Court terminate their representation on the docket.

    We appreciate the Court's time and attention toward this matter.

    Respectfully submitted,

*Nicholas C. Zotto*
Nicholas C. Zotto, Esq.
Deputy County Attorney