**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

June 4, 2026

**VIA ECF**
Honorable Anne Y. Shields
United States District Judge
Eastern Distrct of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Kosowski v. Nassau County, et al., Docket No. 24-cv-01669-AYS

Dear Judge Shields,

As Your Honor may be aware, the Office of the Nassau County Attorney had been experiencing an acknowledged staff shortage, coupled with a heightened volume of cases. In addition, with the departure of Deputy County Attorney Nicholas Zotto from the Nassau County Attorney's Office, our office is now currently in the process of restructuring and reassigning cases such as this in order to properly give each matter the proper care and attention they deserve. In light of this, we respectfully request that the Court grant a 30 day adjournment on all deadlines and appearances.

As always, we thank the Court for its time, patience, and consideration.

Respectfully submitted,

THOMAS A. ADAMS
County Attorney of Nassau
County

_Mohammad A. Tahir_________
By: Mohammad A. Tahir, Esq.
Deputy County Attorney
Attorneys for Defendants,
County of Nassau
One West Street
Mineola, New York 11501
(516) 571-6664

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684**