UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
RICHARD KOSOWSKI,

Plaintiff,

-v-

NASSAU COUNTY, NASSAU COUNTY POLICE DEPARTMENT, NASSAU COUNTY POLICE CHIEF PATRICK J. RYDER, in his official capacity only, Nassau County Police Officers MICHAEL MARZOCCA, CHRISTOPHER VARGA, PHILLIP CUIFFO, RYAN GALE, WALTER PALM and JOHN and JANE DOE ## 1-10,

Defendants.
---------------------------------------------------------------------X

Case No. 2:24-cv-01669-NJC-AYS

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** the undersigned, a partner with the firm Jaspan Schlesinger Narendran LLP, as attorneys for defendants, Nassau County, Nassau County Police Department, Nassau County Police Chief Patrick J. Ryder, in his official capacity only, Nassau County Police Officer Michael Marzocca, Nassau County Police Officer Christopher Varga, Nassau County Police Officer Phillip Cuiffo, Nassau County Police Officer Ryan Gale, and Nassau County Police Officer Walter Palm, hereby appears in the above-captioned matter and demands that copies of all notices and pleadings given or filed in the above-captioned matter be given and served upon the person listed below at the following address, telephone number and e-mail address:

Christopher E. Vatter, Esq.
Jaspan Schlesinger Narendran LLP
300 Garden City Plaza, 5th Floor
Garden City, New York 11530
Telephone: (516) 746-8000
cvatter@jaspanllp.com

[*Remainder of page intentionally left blank.*]



CEV / #1945630v1 / 0000010 - 999999

Dated: Garden City, New York
June 22, 2026

JASPAN SCHLESINGER NARENDRAN LLP
Attorney for Defendants
Nassau County, Nassau County Police Department, Nassau County Police Chief Patrick J. Ryder, in his official capacity only, Nassau County Police Officer Michael Marzocca, Nassau County Police Officer Christopher Varga, Nassau County Police Officer Phillip Cuiffo, Nassau County Police Officer Ryan Gale, and Nassau County Police Officer Walter Palm

s/ *Christopher E. Vatter*

By: ______________________________
CHRISTOPHER E. VATTER
300 Garden City Plaza, 5th Floor
Garden City, New York 11530
(516) 746-8000
cvatter@jaspanllp.com

**Via ECF Only**
To: All Counsel of Record