**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ENTRY**

BEFORE: ANNE Y. SHIELDS
U.S. MAGISTRATE JUDGE

DATE: 7/21/26
TIME: 11:30 AM
FTR: 11:34-11:46

CASE: **CV 24-1669-NJC-AYS-** Kosowski v. Nassau County et al

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:

Plaintiff: CORY MORRIS

Defendant: LAUREL KRETZING

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.