JASPAN SCHLESINGER NARENDRAN LLP
ATTORNEYS AT LAW

**LAUREL R. KRETZING**
PARTNER
(516) 393-8258
lkretzing@jaspanllp.com

October 28, 2026

**Via ECF**
Hon. Nusrat J. Choudhury
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** ***Kosowski v. Nassau County, et al.***
**24-cv-1669(NJC)(AYS)**

Dear Judge Choudhury:

This letter and the attachments hereto are submitted in response to the Court's October 22, 2026 Order, which directed that Defendants file: "1) All discovery requests transmitted by Plaintiff to Defendants as of February 3, 2025; and 2) The specific discovery request currently at issue, which sought production of internal emails that circulate intelligence bulletins and over which Defendants assert various privileges and work product protection".

With respect to the discovery requests transmitted by Plaintiff to Defendants as of February 3, 2025, the following are the only such discovery requests that I have located:

1. Attached as Exhibit A is the copy of the Plaintiff's First Demand For Document Production dated October 25, 2024 (the "Document Demand"). However, the document is missing every other page. I was not able to find a complete copy of the document in either the hard copy or electronic records maintained by the County Attorney's Office. However, the hard copy file provided to me at the time my firm assumed representation of Defendants did contain a copy of the Response to the Document Demand, starting with No. 3, which contained the text of the specific demands to which it responded ("Response"). A copy of the Response dated February 7, 2025 (with the attachments omitted) is annexed as Exhibit B.

2. Attached as Exhibit C is Plaintiff's Notice to Take Deposition Testimony of a Rule 30(b)(6) Witness dated October 31, 2024.

3. Attached as Exhibit D is Plaintiff's Notice to Take Deposition Testimony Nassau County Defendants dated October 31, 2024.

With respect to the request that is the subject of the appeal, I could not locate a document from Plaintiff to Defendants specifically requesting the internal emails circulating the Intelligence

LRK / #1981111v1 / 0050160 - 086364

Bulletins. However, former Deputy County Attorney Nicholas Zotto conveyed the request for documents to Christopher Todd of the Nassau County Police Department Legal Bureau, characterizing them as "follow up demands from Plaintiff" via email on May 27, 2026, which I assume may have been a follow up demand to the April 17, 2026 deposition of defendant Police Officer Michael Marzocca. A copy of that email is attached as Exhibit E.

I have requested that plaintiff's counsel provide me with copies of any responsive discovery requests that were transmitted that I am missing. Upon our receipt of any such missing requests, I will supplement this letter.

Respectfully submitted,

s/ *Laurel R. Kretzing*
LAUREL R. KRETZING

Enclosures
cc: Counsel of Record via ECF

LRK / #1981111v1 / 0050160 - 086364