**From:** Zotto, Nicholas <NZotto@nassaucountyny.gov>
**Sent:** Wednesday, May 27, 2026 1:46 PM
**To:** Todd, Christopher V. <CVTodd@PDCN.ORG>
**Cc:** Walsh, Jennifer <jwalsh@PDCN.ORG>; Papa, Nicolette <NPapa@pdcn.org>
**Subject:** Discovery Demands on Kosowski, Richard 23X103379 24-cv-01669-AYS
**Importance:** High

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Chris,

I have follow up demands from Plaintiff on this matter.

IAU reports and emails regarding the creation of all individuals from the intel bulletins we provided (essentially the same things we gave for Richard Kosowski):

- Jeff Ettienne:
  - Time frame: May 27, 2019 to June 27, 2019
  - Terms: “intel”, “bulletin”, “Jeff”, “Jeffrey”, “Ettienne”
  - Email: Whoever was Bureau Chief of AFI at the time
- Michele Guadalupe aka Michele Weingart:
  - Time frame: August 7, 2020 to September 18, 2020
  - Terms: “intel”, “bulletin”, “Michele”, “Guadalupe”, “Weingart”
  - Email: Whoever was Bureau Chief of AFI at the time

- Gloria Merolla
  - Time frames: September 4, 2019 to October 4, 2019 **AND** February 13, 2022 to March 13, 2022
  - Terms: “intel”, “bulletin”, “Gloria”, “Merolla”
  - Email: Whoever was Bureau Chief of AFI at the time

- Richard Rasey:
  - Time frame: March 21, 2021 to April 24, 2021
  - Terms: “intel”, “bulletin”, “Richard”, “Rasey”
  - Email: Whoever was Bureau Chief of AFI at the time

Thank you!

**Nicholas Zotto**
Deputy County Attorney
Litigation and Appeals Bureau
Office of the Nassau County Attorney
1 West Street, Mineola, New York 11501
(516) 571-3012